# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| CARLOS ALBERTO OCAMPO, **Plaintiff** | Civil Action No. |
| v. | 26-CV-60074-STRAUSS |
| ASSOCIATION OF PROFESSIONAL FLIGHT ATTENDANTS, **Defendant** | |

## PLAINTIFF'S MOTION FOR CASE REASSIGNMENT

Plaintiff, Carlos Alberto Ocampo, appearing pro se, files this Motion for Case Reassignment pursuant to the Court's Order Regarding Magistrate Judge Jurisdiction (entered January 13, 2026) and Administrative Order 2025-11, and states as follows:

Plaintiff objects to the assignment of a Magistrate Judge as the presider and requests that this case be randomly reassigned to a United States District Judge.

**WHEREFORE**, Plaintiff respectfully requests that the Court enter an Order granting this Motion and direct the Clerk to randomly reassign this case to a United States District Judge, consistent with Administrative Order 2025-11.

Dated: January 26, 2026

Respectfully submitted,

/s/ Carlos Alberto Ocampo

Carlos Alberto Ocampo, Pro Se

1341 NW 4th Ave

Fort Lauderdale, FL 33311

Telephone: (954) 849-1005

Email: coprov21@aol.com



FILED BY _CW L_ D.C.

JAN 26 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

## CERTIFICATE OF SERVICE

I certify that on January 26, 2026, I filed the foregoing Motion with the Clerk of Court. A true and correct copy of this Motion will be mailed to Defendant APFAS by U.S. Mail, postage prepaid, sent to Defendant's last known mailing address (not by email).

/s/ Carlos Alberto Ocampo