UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:26-cv-60074-LEIBOWITZ

CARLOS ALBERTO OCAMPO,

    Plaintiff,

v.

ASSOCIATION OF PROFESSIONAL
FLIGHT ATTENDANTS,

    Defendant.
_____/

## DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant, Association of Professional Flight Attendants, by and through its undersigned counsel, hereby moves for an extension of time to answer, move, or otherwise respond to Plaintiff's Complaint and in support thereof, states:

1. Plaintiff filed his Complaint on January 13, 2026.

2. The deadline for Defendant to respond to the Complaint is March 4, 2026.

3. The Association of Professional Flight Attendants is a labor organization representing American Airlines flight attendants. It has no offices in Florida but is instead based in Euless, Texas. Until late last week, APFA did not have legal representation in Florida.

4. Defendant's counsel has been recently retained in this action and is still investigating the claims and gathering information and documents to respond to Plaintiff's Complaint.

5. As such, Defendant is in need of an extension of time to prepare its response.

6. Defendant's counsel respectfully requests a thirty (30) day extension of time until April 3, 2026, to answer, move, or otherwise respond to Plaintiff's Complaint so that Defendant's

**GORDON REES SCULLY MANSUKHANI**
100 S.E. Second Street, Ste. 3900 | Miami, FL 33131

counsel may have the opportunity to obtain all the necessary documentation and information to respond to Plaintiff's Complaint, accordingly.

7. The request for extension is not for the purposes of delay and no party will be prejudiced by a brief extension of time to respond to Plaintiff's Complaint.

8. Defendant emailed Plaintiff on Friday afternoon, February 27, 2026 at the address listed in the Complaint, but has not received any response.

**WHEREFORE**, Defendant, Association of Professional Flight Attendants, respectfully requests that the Court grant this motion for extension of time to answer, move, or otherwise respond to the Plaintiff's Complaint on or before April 3, 2026.

## LOCAL RULE 7.1(a)(3) CERTIFICATION

Pursuant to Local Rule 7.1(a)(3), I hereby certify that counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in this motion in a good faith effort to resolve this issue and did not receive a response to the relief requested in this motion.

Respectfully submitted this date of March 2, 2026.

/s/ *Capri Trigo*
**CAPRI TRIGO, ESQ.**
Florida Bar No. 28564
**ANDREW DYMOWSKI, ESQ.**
Florida Bar No. 1058209
**GORDON REES SCULLY MANSUKHANI**
100 S.E. Second Street, Suite 3900
Miami, Florida 33131
Telephone: (305) 428-5323
Emails: ctrigo@grsm.com,
ddymowski@grsm.com,
jzmartinez@grsm.com,
mia_eservice@gordonrees.com

/s/ James D. Sanford
James D. Sanford*
**GILLESPIE SANFORD LLP**
4803 Gaston Ave.
Dallas, Texas 75246
Telephone: (305) 428-5323
Emails: jim@gillespiesanford.com
*Pro Hac Vice Motion Pending*

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on March 2, 2026 a true and correct copy of the foregoing was served upon all parties on the service list.

/s/ Capri Trigo
Capri Trigo