# FIRST AMENDED COMPLAINT PACKET

Ocampo v. Association of Professional Flight Attendants (APFA)
Case No.: 0:26-cv-60074-DSL

Dated: April 17, 2026

## Contents

- Main Filing:    First Amended Complaint and Jury Demand (with Certificate of Service)
- Exhibit A:    Email to Nicholas Bader dated February 15, 2024 (recap of $5,000 / contract negotiations)
- Exhibit B:    Email to Nicholas Bader dated September 5, 2024 (follow-up)
- Exhibit C:    Email thread dated March 2025 (funds collected / request for escrow instructions)
- Exhibit D:    Email to Nicholas Bader dated May 16, 2025 (follow-up / reassignment request)

*Note: Exhibits are appended in the order listed above.*

# MAIN FILING

First Amended Complaint and Jury Demand

*This page intentionally left blank.*

# EXHIBIT A

Email to Nicholas Bader dated February 15, 2024 (recap of $5,000 / contract negotiations)

*This page intentionally left blank.*

**From:** KARLOS Ocampo cocampo1979@icloud.com
**Subject:** : recap
**Date:** April 16, 2026 at 2:52 PM
**To:** Nicholas Badder nbader@apfa.org



Begin forwarded message:

**From:** KARLOS ZODCOD <cocampo1979@icloud.com>
**Subject: Re: recap**
**Date:** Febuary 15, 2024 at 2:16:08 PM EDT
**To:** Nicholas Bader <nbadder@apfa.org>

On Feb 15, 2024, at 2:16 PM, KARLOS OCAMPO (cocampo1979@icloud.com) wrote : Nicholas Bader <nbadder@apfa.org> :

Hi Nick,

 I wanted to let you know that I don't have the money right now to move forward with the $5,000 payment.

As per our earlier conversation, you mentioned that I can take my time because you guys are in the middle of the Contract negotiations . So at the moment, you don't have the time for my case, and I shouldn't worry about it.

You said that once I gather the $5,000, to give you a call, and we can move forward with this case. I'll keep in touch.

Thanks
Carlos Ocampo
594217

# EXHIBIT B

Email to Nicholas Bader dated September 5, 2024 (follow-up)

*This page intentionally left blank.*

**From:** KARLOS Ocampo cocampo1979@icloud.com
**Subject:** : recap
**Date:** April 16, 2026 at 3:00 PM
**To:** Nicholas Badder nbader@apfa.org



Begin forwarded message:

**From:** KARLOS ZODCOD <cocampo1979@icloud.com>
**Subject: Re: recap**
**Date:** September 5, 2024 at 4:46:08 PM EDT
**To:** Nicholas Bader <nbadder@apfa.org>

On Sep 5, 2024, at 4:46 PM, KARLOS OCAMPO (cocampo1979@icloud.com) wrote : Nicholas Bader <nbadder@apfa.org> :

Dear Nick,

This is Carlos reaching out again. I wanted to provide a brief update on my situation.

I am very close to having the full amount – only a couple thousand dollars remain. As soon as I have the complete funds, I will give you a call so we can move forward.

Please know that I remain committed and am actively working toward this. I will keep you posted on my progress.

Thank you for your patience.

Best regards,
Carlos
594217

# EXHIBIT C

Email thread dated March 2025 (funds collected / request for escrow instructions)

*This page intentionally left blank.*

# EXHIBIT D

Email to Nicholas Bader dated May 16, 2025 (follow-up / reassignment request)

*This page intentionally left blank.*

**From:** KARLOS Ocampo cocampo1979@icloud.com
**Subject:** Fwd: Termination Grievance
**Date:** April 16, 2026 at 4:29 PM
**To:**

Begin forwarded message:

**From:** carlos ocampo <cocampo1979@icloud.com>
**Subject: Re: recap**
**Date:** May 16, 2025 at 9:41:48 AM EDT
**To:** Nicholas Bader <nbadder@apfa.org>

On May 16, 2025, at 9:41AM, carlos ocampo <cocampo1979@icloud.com> wrote:

Hey Nick, how are you?

I haven't heard from you in a while, I understand that you've been promoted to a different position — President of the Miami base.

If you're no longer handling my case, could you please send me the contact information for whoever has taken over or who I should reach out to? I have no way to get internal information anymore, so my only line of communication has been you.

I'd really appreciate it if you could point me in the right direction. Please do respond back, as the last time I heard from you was over a year ago.

Thanks again for your help.

Best,
Carlos

**From:** carlos ocampo <cocampo1979@icloud.com>
**Subject: Re: recap**
**Date:** March 25, 2025 at 6:48:48 AM EDT
**To:** Nicholas Bader <nbadder@apfa.org>

On Mar 25, 2025, at 6:48 PM, To Nicholas Bader <nbadder@apfa.org> :

Dear Nick

I just wanted to update you on my situation — I have the money collected now.

Could you please send me the information on where to put the funds into escrow? Let me know the next steps so we can go ahead and move forward with the case.

Thank you, and talk soon.

Best,
Carlos



## Nicholas Bader
Regional Representative MIA

**STRIKE AUTHORIZATION VOTE**

**VOTING IS NOW OPEN**          **CLICK HERE TO VOTE**

CLOSES AUG 29th

**Association of Professional Flight Attendants**
Cell 407-288-6597 I Email nbadder@apfa.org
The content of this email is intended solely for the recipient(s).
It is not to be shared, forwarded or posted without the author's written consent.

