# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

Carlos Alberto Ocampo,

Declarant,

v.

Association of Professional Flight Attendants,

Respondent.

Case No. {{CASE_NUMBER}}



FILED BY _CuC_ D.C.

APR 17 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

## AFFIDAVIT OF CARLOS ALBERTO OCAMPO

**STATE OF FLORIDA**
**COUNTY OF {{COUNTY}}**

I, Carlos Alberto Ocampo, declare under oath as follows:

1. My name is Carlos Alberto Ocampo. I am over the age of 18 and I have personal knowledge of the facts stated in this affidavit.

2. I worked as a flight attendant for American Airlines.

3. American Airlines terminated my employment on July 24, 2023.

4. After my termination, I asked the Association of Professional Flight Attendants, also known as APFA, for help with my grievance.

5. APFA filed a Notice of Dispute on my behalf.

6. I met with APFA representative Nicholas Bader about my case.

7. I was told that APFA would not move my case forward unless I paid $5,000.

8. I told APFA that I did not have the money.

9. I was told to call back once I had the money and that APFA would then file the paperwork for arbitration.

10. I understood that to mean my case was still open and that APFA had not given me a final answer at that time.

11. On February 15, 2024, I wrote to Nicholas Bader confirming what I understood from our conversation.

12. Later, I kept trying to move the matter forward.

13. On September 5, 2024, I emailed Nicholas Bader again and said I was still committed to pursuing the case.

Page 1

14. By March 2025, I had gathered the money I believed APFA had asked for.

15. On March 25 and March 26, 2025, I emailed Nicholas Bader and told him I had the money and asked what I should do next and where to send it.

16. I did not receive a clear response explaining the next step.

17. On May 16, 2025, I emailed again because I still had not heard back.

18. I asked for the contact information of whoever was now handling my case, because Nicholas Bader had been my only point of contact.

19. I did not receive a meaningful response that explained the status of my case or gave me the records or information I needed.

20. Based on APFA's statements and its later silence, I believed APFA had not clearly told me that my case was finally over.

21. I also believed APFA was making it hard for me to move forward by tying the process to a $5,000 payment and then not telling me clearly what to do after I got the money.

22. Everything stated in this affidavit is true and correct to the best of my knowledge.

FURTHER AFFIANT SAYETH NAUGHT.


_____
Carlos Alberto Ocampo


Sworn to and subscribed before me this 16__ day of APRIL_____, 20 26__, by Carlos Alberto Ocampo, who is personally known to me or who has produced L.IC._____ as identification.


_____
Notary Public, State of Florida

Print Name: ALEJANDRO GONZALEZ_____

Commission No.: HH-679855_____

My Commission Expires: 08/10/2029_____

ALEJANDRO GONZALEZ
NOTARY
My Comm. Expires
08/10/2029
No. HH-679855
PUBLIC
STATE OF FLORIDA